VENABLE LLP
Tamany Vinson Bentz (SBN 258600)
Email:    tjbentz@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:    (310) 229-9901

Attorneys for Defendant NeoCell
Corporation

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTIFIED NUTRACEUTICALS, INC., a California Corporation,<br><br>                              Plaintiff,<br><br>         v.<br><br>NUTRAWISE, Inc., dba YOUTHEORY, a California Corporation, DARREN RUDE, an individual, NEOCELL CORPORATION, a California Corporation, COLLAGEN M.D., INC, a California Corporation, AXE WELLNESS, a Tennessee Limited Liability Company, DR. VENESSA's FORMULAS, a Florida entity, an individual, IRIS TRADING, an entity form unknown, NUTRA FOOD INGREDIENTS, dba NUTRA COLLAGEN, a Michigan Limited Liability Company; MERCOLA.COM HEALTH RESOURCES, LLC, dba DR. MERCOLA, an Illinois Limited Liability Company; DR. JOSEPH MERCOLA, an individual; VESTA INGREDIENTS, INC., an Indiana Corporation; NUTRACEUTICAL CORPORATION, a Utah Corporation; NEW ENGLAND GREENS, LLC, dba VIBRANT HEALTH, a Connecticut Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>                              Defendants. | CASE NO. 3:17-cv-1403-H (AGS)<br><br>Hon. Marilyn L. Huff<br>Courtroom 15A<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANT NEOCELL CORPORATION TO RESPOND TO INITIAL COMPLAINT IN CASE NO. 3:17-CV-1403-H-AGS BY NOT MORE THAN 30 DAYS (L.R. 12.1)**<br><br><br>Complaint Served: July 21, 2017<br>Current Response Date: August 14, 2017<br>New Response Date: September 13, 2017 |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

WHEREAS, CERTIFIED NUTRACEUTICALS, INC. ("Certified") filed Case No. 3:17-cv-01403-H-AGS against NEOCELL CORPORATION ("NeoCell") on July 11, 2017;

WHEREAS, Certified served its summons and complaint on NeoCell on July 21, 2017;

WHEREAS, NeoCell is required to serve its answer and/or respond to Certified's complaint by August 14, 2017, twenty-one days after service of the summons and complaint;

WHEREAS, NeoCell has requested, and Certified has agreed to, a thirty-day extension to answer and/or respond to Certified's complaint;

WHEREAS, this is NeoCell's first request to extend time to respond to the initial complaint;

WHEREAS, Local Rule 12.1 states "[e]xtensions of time for answering . . . a complaint will only be secured by obtaining approval of a judicial officer," the parties hereby bring this joint motion before the Court and seeks the Court's approval;

NOW, THEREFORE, by and through their respective counsel of record, the Parties request that the Court enter an Order extending the time for NeoCell to

///
///
///
///
///
///
///
///
///
///

1

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

1   serve its answer and/or response to Certified's complaint in Case No. 3:17-cv-
2   01403-H-AGS until September 13, 2017.
3
4
5
6   Dated:  August 14, 2017          KHASHAYAR LAW GROUP
7                                    By:   /s/ Taylor Marks
8                                        Daryoosh Khashayar
9                                        Taylor Marks
                                         Attorneys for Plaintiff Certified
10                                       Nutraceuticals, Inc.
11  Dated:  August 14, 2017          VENABLE LLP
12
13                                   By:   /s/ Tamany Vinson Bentz
                                         Tamany Vinson Bentz
14                                       Attorneys for Defendant NeoCell
                                         Corporation
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**V E N A B L E   L L P**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

## SIGNATURE CERTIFICATION

I am the ECF User whose identification and password are being used to file the foregoing **JOINT MOTION TO EXTEND TIME FOR DEFENDANT NEOCELL CORPORATION TO RESPOND TO INITIAL COMPLAINT IN CASE NO. 3:17-cv-1403-H-AGS BY NOT MORE THAN 30 DAYS (L.R. 12.1)**. In compliance with the General Order, I hereby attest that the other signatories to this filing have concurred in this filing.


Dated:  August 14, 2017                    VENABLE LLP

                                           By:   /s/ Tamany Vinson Bentz
                                               Tamany Vinson Bentz
                                               Attorneys for Defendant NeoCell
                                               Corporation

3

1

2

### CERTIFICATE OF SERVICE

3      I HEREBY CERTIFY that on this 14th day of August, 2017, I caused a true

4   and correct copy of the foregoing document(s) described as **JOINT MOTION TO**

5   **EXTEND TIME FOR DEFENDANT NEOCELL CORPORATION TO**

6   **RESPOND TO INITIAL COMPLAINT IN CASE NO. 3:17-cv-1403-H-AGS**

7   **BY NOT MORE THAN 30 DAYS (L.R. 12.1)** to be filed with the Clerk of the

8   Court through the U.S. District Court Electronic Court Filing System, which

9   caused notice of such filing to be sent electronically to the registered attorneys of

10  record.

11

12

13  Dated:  August 14, 2017                    VENABLE LLP

14                                             By:  /s/ Tamany Vinson Bentz

15                                                  Tamany Vinson Bentz
                                                    Attorneys for Defendant NeoCell
16                                                  Corporation

17

18

19

20

21

22

23

24

25

26

27

28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900